**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| TERAL SHERMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES S. HILL, et al.,<br><br>    Defendants. | Case No. 5:22-cv-01211-SSS-JDE<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the operative Complaint [Dkt. 1] filed by Teral Sherman ("Plaintiff"); the Order re Plaintiff's Complaint issued by the assigned United States Magistrate Judge [Dkt. 6]; the Response filed by Plaintiff [Dkt. 8]; the Report and Recommendation issued by the assigned magistrate judge [Dkt. 11, "Report"]; and Plaintiff's Objections to the Report [Dkt. 12].  The Court has engaged in a <u>de novo</u> review of those portions of the Report to which objections have been made and overrules Plaintiff's objections.  The Court thus accepts the findings and recommendation of the Magistrate Judge.

Therefore, **IT IS HEREBY ORDERED** that:

1. Plaintiff's official capacity claims are **DISMISSED WITH**

**PREJUDICE**;

2. Plaintiff's federal claims regarding the Second Rule Violation, as defined in the Report, are **DISMISSED WITHOUT PREJUDICE**;

3. Plaintiff's remaining federal claims are **DISMISSED WITH PREJUDICE**;

4. Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE** to Plaintiff pursuing those claims in state court; and

5. Judgment shall be entered **DISMISSING** this action consistent with the foregoing.

**IT IS SO ORDERED**.

Dated: November 30, 2022

_____
SUNSHINE S. SYKES
United States District Judge