JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

TERAL SHERMAN,

    Plaintiff,

v.

JAMES S. HILL, et al.,

    Defendants.

Case No. 5:22-cv-01211-SSS-JDE

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

1. Plaintiff's official capacity claims are **DISMISSED WITH PREJUDICE**;
2. Plaintiff's federal claims regarding the Second Rule Violation, as defined in the Report [Dkt. 11], are **DISMISSED WITHOUT PREJUDICE**;
3. Plaintiff's remaining federal claims are **DISMISSED WITH PREJUDICE**;

///

///

4. Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE** to Plaintiff pursuing those claims in state court.

Dated: November 30, 2022

SUNSHINE S. SYKES
United States District Judge